UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BUZstudios LLC, </br></br>           Plaintiff, </br></br>   v. </br></br>SERVICE WEST, INC. and DEPFA BANK PLC, </br></br>           Defendants. | 11 Civ. 4792 (LAK) (KNF) </br></br>ECF Case |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rule of the United States Courts for the Southern and Eastern Districts of New York, I Gerald M. Murphy, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Service West, Inc. in the above-captioned action.

I am in good standing of the bar of the state of California and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: August 5, 2011

Respectfully submitted,

_____
Gerald M. Murphy
Luce, Forward, Hamilton & Scripps, LLP
121 Spear Street, Suite 200
San Francisco, California 94105
Telephone: 415.356.4689
Facsimile: 415.356.3897
E-Mail: gmurphy@luce.com

301271015.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BUZstudios LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SERVICE WEST, INC. and DEPFA BANK PLC,<br><br>    Defendants. | 11 Civ. 4792 (LAK) (KNF)<br><br>ECF Case |

### ORDER FOR ADMISSION PRO HAC VICE

The motion of Gerald M. Murphy, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

 Gerald M. Murphy
 Luce, Forward, Hamilton & Scripps LLP
 121 Spear Street, Suite 200
 San Francisco, California 94105
 Telephone: 415.356.4689
 Facsimile: 415.356.3897

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Services West, Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated: August 5, 2011         Respectfully submitted,

                        _____
                        United Stated District / Magistrate Judge

301271016.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BUZstudios LLC,<br><br>   Plaintiff,<br><br>v.<br><br>SERVICE WEST, INC. and DEPFA BANK PLC,<br><br>   Defendants. | 11 Civ. 4792 (LAK) (KNF)<br><br>ECF Case |

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant Service West, Inc.'s Motion for Admission Pro Hac Vice and proposed Order for Admission Pro Hac Vice were submitted to the United States District Court, Southern District of New York by way of Federal Express and a copy sent by U.S. Mail to the following parties on August 5, 2011:

John G. Nicolich, Esq.
Ingram Yuzek Gainen Carroll & Bertolotti, LLP
250 Park Avenue
New York, New York 10177
Telephone: 212.907.9600
Attorneys for Plaintiff BUZstudios LLC

Craig R. Heeren
Wilmer Cutler Pickering Hale and Door LLP
399 Park Avenue
New York, New York 10022
Telephone: 212.230.8800
Facsimile: 212.230.888
Attorneys for Defendant DEPFA BANK plc

Dated: August 5, 2011

Respectfully submitted,

*/s/ Gerald M. Murphy*
Gerald M. Murphy
Luce, Forward, Hamilton & Scripps, LLP
121 Spear Street, Suite 200
San Francisco, California 94105
Telephone: 415.356.4689
Facsimile: 415.356.3897
E-Mail: gmurphy@luce.com

301271032.1

**THE STATE BAR OF CALIFORNIA**

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

August 4, 2011

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, GERALD MICHAEL MURPHY, #99994 was admitted to the practice of law in this state by the Supreme Court of California on December 1, 1981; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Dina DiLoreto
Custodian of Membership Records