UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BUZstudios LLC,

          Plaintiff,

          v.

SERVICE WEST, INC. and DEPFA BANK PLC,

          Defendants.

11 Civ. 4792 (LAK) (KNF)

ECF Case

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Gerald M. Murphy, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

Gerald M. Murphy
Luce, Forward, Hamilton & Scripps LLP
121 Spear Street, Suite 200
San Francisco, California 94105
Telephone: 415.356.4689
Facsimile: 415.356.3897

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Services West, Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated: August 9, 2011

Respectfully submitted,

United Stated District Judge

Part I

LAURA TAYLOR SWAIN, U.S.D.J

301271016.1