UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| BUZstudios LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>SERVICE WEST, INC. and DEPFA BANK PLC,<br><br>   Defendants. | 11 Civ. 4792 (LAK) (KNF)<br><br>ECF Case |

**DEPFA BANK PLC'S NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and all other papers herein, defendant DEPFA BANK plc ("DEPFA") will move this Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, at a date and time to be determined by the Court, for an order dismissing with prejudice all claims in the Amended Complaint against defendant DEPFA pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6). The basis for this motion is set forth in the accompanying Memorandum of Law, the Declarations of Marcia Jackson and Craig R. Heeren, and the exhibits thereto.

Dated:   New York, New York
         August 15, 2011

Respectfully submitted,

        s/Peter J. Macdonald
Peter J. Macdonald
Craig R. Heeren
WILMER CUTLER PICKERING
    HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 230-8800
Fax: (212) 230-8888
Peter.Macdonald@wilmerhale.com