UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BUZstudios LLC, | ) |
| Plaintiff, | ) 11 Civ. 4792 (LAK) (KNF) |
| v. | ) ECF Case |
| SERVICE WEST, INC. and DEPFA BANK PLC, | ) |
| Defendants. | ) |

## SERVICE WEST, INC.'S NOTICE OF MOTION
## TO DISMISS THE AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying memorandum of Law, defendant Service West, Inc. will move this Court, at the Daniel Patrick Moynikhan United States Courthouse, 500 Pearl Street, New York, NY 10007, at a date and time to be determined by the Court, for an order dismissing with prejudice all claims in the Amended Complaint against defendant Service West, Inc. pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6). The basis for this motion is set forth in the accompanying Memorandum of Law.

Dated: August 15, 2011

s/Gerald M. Murphy
Gerald M. Murphy
Luce, Forward, Hamilton & Scripps, LLP
121 Spear Street, Suite 200
San Francisco, California 94105
Telephone: 415.356.4689
Facsimile: 415.356.3897
E-Mail: gmurphy@luce.com