UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BUZstudios LLC,<br><br>                Plaintiff,<br><br>        v.<br><br>SERVICE WEST, INC. and DEPFA BANK PLC,<br><br>                Defendants. | 11 Civ. 4792 (LAK) (KNF)<br><br>ECF Case |

### RULE 7.1 STATEMENT OF DEFENDANT SERVICE WEST, INC.

Pursuant to Federal Rule of Civil Procedure 7.1(a), defendant SERVICE WEST, INC. discloses that it is incorporated under the laws of the state of California. The stock of Service West, Inc. is held solely by Mark Vignoles, its President. It does not have a parent or subsidiary relationship with any other corporation or legal entity.

Dated: August 15, 2011

s/Gerald M. Murphy
Gerald M. Murphy
Luce, Forward, Hamilton & Scripps, LLP
121 Spear Street, Suite 200
San Francisco, California 94105
Telephone: 415.356.4689
Facsimile: 415.356.3897
E-Mail: gmurphy@luce.com