UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BUZstudios LLC,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SERVICE WEST, INC. and DEPFA BANK PLC,<br><br>　　　　　　　Defendants. | 11 Civ. 4792 (LAK) (KNF)<br><br>ECF Case |

### SERVICE WEST, INC.'S NOTICE OF MOTION
### TO DISMISS THE AMENDED COMPLAINT

　　PLEASE TAKE NOTICE that, upon the accompanying memorandum of Law, defendant Service West, Inc. will move this Court, at the Daniel Patrick Moynikhan United States Courthouse, 500 Pearl Street, New York, NY 10007, at a date and time to be determined by the Court, for an order dismissing with prejudice all claims in the Amended Complaint against defendant Service West, Inc. pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6). The basis for this motion is set forth in the accompanying Memorandum of Law.

Dated: August 15, 2011

　　　　　　　　　　　　　　　　　　　　s/Gerald M. Murphy
　　　　　　　　　　　　　　　　　　　　Gerald M. Murphy
　　　　　　　　　　　　　　　　　　　　Luce, Forward, Hamilton & Scripps, LLP
　　　　　　　　　　　　　　　　　　　　121 Spear Street, Suite 200
　　　　　　　　　　　　　　　　　　　　San Francisco, California 94105
　　　　　　　　　　　　　　　　　　　　Telephone: 415.356.4689
　　　　　　　　　　　　　　　　　　　　Facsimile: 415.356.3897
　　　　　　　　　　　　　　　　　　　　E-Mail: gmurphy@luce.com