```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

BUZSTUDIOS LLC,

          Plaintiff,

-against-                                          11 Civ. 4792 (LAK)

SERVICE WEST, INC., et ano.,

          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge*.

        The Court will hear oral argument of the pending motions on November 30, 2011 at 9:30 a.m.

        SO ORDERED.

Dated:    November 18, 2011

                                                   [signature]
                                                 Lewis A. Kaplan
                                             United States District Judge