Kaplan J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
BUZ studios LLC,

    Plaintiff,

  v.

SERVICE WEST, INC., et ano.,

    Defendants.
------------------------------------------------------x

11-cv-04792   (LAK)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/12

### Consent Scheduling Order

Upon consent of the parties, it is hereby ORDERED as follows:

1. No additional parties may be joined after March 1, 2012.

2. No amendments to the pleadings will be permitted after March 15, 2012.

3. The parties shall make required Rule 26(a)(2) disclosures with respect to:

  (a) expert witnesses on or before June 10, 2012.

  (b) rebuttal expert witnesses on or before July 1, 2012.

4. All discovery, including any depositions of experts, shall be completed on or before July 15, 2012.

5. A joint pretrial order in the form prescribed in Judge Kaplan's individual rules shall be filed on or before August 6, 2012.

6. No motion for summary judgment shall be served after the deadline fixed for submission of the pretrial order. The filing of a motion for summary judgment does not relieve the parties of the obligation to file the pretrial order on time.

402927_1/01166-0004

7.  If any party claims a right to trial by jury, proposed voir dire questions and jury instructions shall be filed with the joint pretrial order.

8.  Each party or group of parties aligned in interest shall submit not less than ten (10) days prior to trial (a) a trial brief setting forth a summary of its contentions and dealing with any legal and evidentiary problems anticipated at trial, and (b) any motions in limine.

9.  This scheduling order may be altered or amended only on a showing of good cause not foreseeable at the date hereof. Counsel should not assume that extensions will be granted as a matter of routine.

Dated:   February 16, 2012

_____
Lewis A. Kaplan
United States District Judge

CONSENTED TO:

INGRAM YUZEK GAINEN CARROLL
& BERTOLOTTI, LLP

By: _____
John G. Nicolich
250 Park Avenue
New York, NY 10177
Telephone: 212-907-9600
Facsimile:  212-907-9681
jnicolich@ingramllp.com

WILMER CUTLER PICKERING HALE
AND DORR LLP

By: _____
Craig R. Heeren
399 Park Avenue
New York, NY 10022
Telephone: 212-230-8800
Facsimile:  212-230-8888
craig.heeren@wilmerhale.com

LUCE, FORWARD, HAMILTON &
SCRIPPS, LLP

By: _____
　　　　Gerald M. Murphy
121 Spear Street, Suite 200
San Francisco, CA 94105
Telephone: 415-356-4689
Facsimile: 415-356-3897
gmurphy@luce.com