UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BUZstudios LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SERVICE WEST, INC. and DEPFA BANK PLC, )<br>)<br>Defendants. )<br>) | 11 Civ. 4792 (LAK) (KNF)<br><br>ECF Case |

## NOTICE OF FIRM NAME CHANGE

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective March, 6, 2012, Luce, Forward, Hamilton & Scripps, LLP has changed its name to McKenna Long & Aldridge LLP. The address, telephone and facsimile numbers remain the same, however, my e-mail address is now gmurphy@mckennalong.com. Please update your service lists accordingly.

Dated: March 8, 2012

Respectfully submitted,

s/Gerald M. Murphy
Gerald M. Murphy (*pro hac vice*)
McKenna Long & Aldridge LLP
121 Spear Street, Suite 200
San Francisco, California 94105
Telephone: 415.356.4689
Facsimile: 415.356.3897
E-Mail: gmurphy@mckennalong.com

## CERTIFICATE OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Francisco, State of California. My business address is 121 Spear Street, Suite 200, San Francisco, California 94105-1582.

I hereby certify that on March 8, 2012, I served a true and correct copy of the following document described as:

## NOTICE OF FIRM NAME CHANGE

on the interested parties in this action as follow:

| | |
|---|---|
| John G. Nicolich, Esq. | Craig R. Heeren, Esq. |
| Ingram Yuzek Gainen Carroll & Bertolotti, LLP | Wilmer Cutler Pickering Hale and Door LLP |
| 250 Park Avenue | 399 Park Avenue |
| New York, New York 10177 | New York, New York 10022 |
| Telephone: 212.907.9600 | Telephone: 212.230.8800 |
| | |
| Attorneys for Plaintiff BUZstudios LLC | Attorneys for Defendant DEPFA BANK plc |

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with McKenna Long & Aldridge LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 8, 2012, at San Francisco, California.

Jill Keehner

301317367.1