UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BUZstudios LLC, <br><br> Plaintiff, <br><br> vs. <br><br> SERVICE WEST, INC. and DEPFA BANK PLC, <br><br> Defendants. | Index No.  11 Civ. 4792 (LAK) (KNF) <br><br> ECF Case <br><br> **NOTICE OF APPEARANCE** |

     **PLEASE TAKE NOTICE**, that Alan F. Kaufman of McKenna Long & Aldridge LLP, hereby appears in the above-entitled action for Defendant, Service West, Inc., and hereby requests that copies of all pleadings, documents, and correspondence submitted to date in this matter be served upon the undersigned and that copies of all notices and papers also be served upon the undersigned at the address listed below.

Dated: April 11, 2012
     New York, New York

                                            MCKENNA LONG & ALDRIDGE LLP

                                            By: _____
                                                   Alan F. Kaufman

                                            230 Park Avenue, Suite 1700
                                            New York, New York 10169
                                            Phone:  (212) 905-8348
                                            Fax:     (212) 922-1819
                                            Email: akaufman@mckennalong.com

                                            *Co-Counsel for Defendant Service West, Inc.*