UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                    :
BUZ studios LLC,                    :
                                    :
            Plaintiff,              :   11-cv-04792 (LAK)
                                    :
        v.                          :   ECF case
                                    :
SERVICE WEST, INC. and DEPFA        :   STIPULATION OF
BANK PLC,                           :   **<u>VOLUNTARY DISMISSAL</u>**
                                    :
            Defendants.             :
------------------------------------------------------x

        Under Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff BUZstudios, LLC, defendant Service West, Inc., and defendant DEPFA BANK plc, by and between their undersigned counsel, stipulate and agree that the above-captioned action is voluntarily dismissed against each defendant, with prejudice as to the entire action, each party to bear its own costs and fees.

| | |
|---|---|
| INGRAM YUZEK GAINEN<br>CARROLL & BERTOLOTTI, LLP | WILMER CUTLER PICKERING HALE<br>AND DORR LLP |
| By: _____<br>      John G. Nicolich<br>250 Park Avenue<br>New York, New York 10177<br>Tel.:  212-907-9600<br>Facsimile: 212-907-9681<br>jnicolich@ingramllp.com | By: _____<br>      Craig R. Heeren<br>399 Park Avenue<br>New York, NY  10022<br>Telephone: 212-230-8800<br>Facsimile:  212-230-8888<br>craig.heeren@wilmerhale.com |
| *Attorneys for Plaintiff*<br>*BUZ Studios, LLC* | *Attorneys for Defendant*<br>*DEPFA BANK plc* |
| Dated: May __16__, 2012 | Dated: May __16__, 2012 |

409077_2/01166-0004

McKENNA LONG & ALDRIDGE LLP

By: _____/s/ Alan F. Kaufman_____
      Alan F. Kaufman

230 Park Avenue, Suite 1700
New York, New York 10169
Telephone: 212-905-8348
Facsimile: 212-922-1819
akaufman@mckennalong.com

*Attorneys for Defendant*
 *Service West, Inc.*

Dated: May____, 2012